CLARENCE H. VENNER (Formerly WEBER and Others), Suing as a Stockholder of the GENERAL BAKING CORPORATION, in Behalf of Himself and of All Other Stockholders of Said Corporation, Appellant, v. ETHEL HANEY WARD and Others, as Executors, etc., of WILLIAM B. WARD, Deceased, and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

VILLAGE OF BRONXVILLE, Appellant, v. WILLIAM F. KRAFT and JOHN KRAFT, Respondents, and Others, Defendants.— Order denying motion to discontinue proceeding reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. (New York, Ontario & Western R. R. Co. v. Nelson, 152 App. Div. 245.) The proceeding is remitted to the Special Term to ascertain the fees and expenses of the commissioners and to prescribe such other terms and conditions as the court may deem proper. Upon the payment of such fees and expenses and a compliance with such other terms and conditions as may be fixed, the proceeding will be discontinued. Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ., concur.

DAVID WEINRIB, Respondent, v. PEERLESS OPTICAL MANUFACTURING CO., INC., and Others, Appellants, and JACOB FRUMMER, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

EDWIN O. GOWER, Appellant, v. ELEVEN HUNDRED NINETY-SEVEN FLATBUSH AVENUE CO., INC., and Others, Defendants, and ARSHALOUS CHADURJIAN, Respondent.— On argument, order granting motion of defendant Arshalous Chadurjian to compel plaintiff to accept installment of interest on a mortgage and dismiss the complaint reversed·upon the law and the facts, without costs, and motion denied, without costs. Said defendant may answer within ten days after service of a copy of the order herein. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.